UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

OCT 26 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ____________
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

**YULISA ALEXSANDRA GUEVARA WINTONG,**

Defendant.

Case No. 2:24-cr-00089-WBS

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release forthwith **YULISA ALEXSANDRA GUEVARA WINTONG** Case 2:24CR00089 WBS from custody for the following reasons:

_ Release on Personal Recognizance

_ Bail Posted in the Sum of ____________

_ Unsecured bond

_ Appearance Bond with 10% Deposit

_ Appearance Bond secured by Real Property

_ Corporate Surety Bail Bond

**X** **(Other) Defendant was sentenced to a term of TIME SERVED.**

Issued at Sacramento, CA on October 26, 2025 at 10:00 a.m. .

By [signature]
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing